In the Matter of the Application of JEREMIAH DENNEHY and Others against JAMES E. FINEGAN, President, and Others, etc., and Others.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LINDA A. GRIFFITH v. DAVID W. GRIFFITH, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SANDERS WERTHEIM v. LEHIGH VALLEY COAL COMPANY, Impleaded with LEHIGH VALLEY COAL SALES CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

MINNA FRANK NEWMAN v. STEPHEN LANG NEWMAN.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THOMAS J. McCARTHY, JR., an Infant, by THOMAS W. McCARTHY, His Guardian ad Litem v. NORTH RIVER SAVINGS BANK, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

IRVING ABRAMSON, as Administrator, etc., of MIRIAM GLASSMAN v. ISAAC GLASSMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Untermyer, JJ.

## (April 8, 1938.)

ABRAHAM RESNEK, Respondent, v. ELIAS LEARNER and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ABRAHAM RESNEK, Respondent, v. ELIAS LEARNER and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

MOE HENIG, as Administrator, etc., of PAULINE HENIG, Respondent, v. ANNETTE PADGUG, Appellant.— Viewing the plaintiff's evidence in its most favorable light, there was no proof of actionable negligence on the part of the defendant. Judgment unanimously reversed, with costs, and the complaint dismissed, with costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN FOX, Appellant. — Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.